UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR CAMARGO JUAREZ, | Case No. 3:21-CV-0221-MMD-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| ALLIED UNIVERSAL, | |
| Defendant. | |

The court attempted to mail the notice assigning judges to this case dated May 12, 2021 and an advisory letter (ECF No. 2) to the plaintiff. Both notices were returned by the U.S. Postal Services marked "Return to Sender, Not Deliverable as Addressed, Unable to Forward." (ECF Nos. 6 & 7).

Pursuant to Local Rule IA 3-1, plaintiff must immediately file with the court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Plaintiff shall have until **June 24, 2021** to file a notice of change of address or this court will recommend that this action be dismissed.

IT IS SO ORDERED.

DATED: May 26, 2021

_____
UNITED STATES MAGISTRATE JUDGE